POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: <br> DEON THOMAS <br> 1626 RED GUM STREET <br> MORENO VALLEY, CA 92555 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 951-413-9071   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: dlthomas32@gmail.com <br> ATTORNEY FOR *(Name)*: | FILED <br> CLERK, U.S. DISTRICT COURT <br> SEP 18 2013 <br> CENTRAL DISTRICT OF CALIFORNIA <br> EASTERN DIVISION       BY DEPUTY |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE |
|---|
| STREET ADDRESS: 3470 TWELFTH STREET, ROOM 134 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: RIVERSIDE, CA 92501 |
| BRANCH NAME: United States District Court, Central Division of California |

| PLAINTIFF/PETITIONER: DEON THOMAS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: American Capital Enterprises, Inc. | EDCV1301586V AP(SPx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [ ] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Notice of interested parties, Notice of assignment, Exhibits A thru E,
3. a. Party served *(specify name of party as shown on documents served)*:
   American Capital Enterprises, Inc.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   27919 Jefferson Ave #206, Temecula, CA 92590
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:            (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 9/10/13    at *(time)*: 2:15 pm  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Office Manager: Liz Doe
   
   (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:         from *(city)*:                or [ ] a declaration of mailing is attached.
   
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> American LegalNet, Inc. <br> www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: DEON THOMAS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: American Capital Enterprises, Inc. | EDCV1301586V AP(SPx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):*
    under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
  a. Name: WENHAWK COURT SERVICES
  b. Address: 1097 PO BOX YUCAIPA, CA 92399
  c. Telephone number: 909-790-9281
  d. **The fee** for service was: $ $59.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No.: 939
      (iii) County: RIVERSIDE

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 9/10/13

Victor Curiel    ▶ *Victor Curiel*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address)*: <br> DEON THOMAS <br> 1626 RED GUM STREET <br> MORENO VALLEY, CA 92555 <br> TELEPHONE NO.: 951-413-9071  FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: dlthomas32@gmail.com <br> ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** RIVERSIDE <br> STREET ADDRESS: 3470 TWELFTH STREET, ROOM 134 <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: RIVERSIDE, CA 92501 <br> BRANCH NAME: United States District Court, Central Division of California | |
| PLAINTIFF/PETITIONER: DEON THOMAS | CASE NUMBER: <br> EDCV1301586V AP(SPx) |
| DEFENDANT/RESPONDENT: Ronald G. Matheson, as an Individual | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [ ] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Notice of interested parties, Notice of assignment, Exhibits A thru E,

3. a. Party served *(specify name of party as shown on documents served)*:
   Ronald G. Matheson

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   27919 Jefferson Ave #206, Temecula, CA 92590

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:  (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 9/10/13  at *(time)*: 2:15 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Office Manager: Liz Doe
   
   (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 9/10/13  from *(city)*: Hemet  or [ ] a declaration of mailing is attached.
   
   (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> American LegalNet, Inc. <br> www.FormsWorkflow.com |

| | |
|---|---|
| PLAINTIFF/PETITIONER: DEON THOMAS | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Ronald G. Matheson, as an Individual | EDCV1301586V AP(SPx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ☐ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ☐ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ other:

7. **Person who served papers**
   a. Name: WENHAWK COURT SERVICES
   b. Address: 1097 PO BOX YUCAIPA, CA 92399
   c. Telephone number: 909-790-9281
   d. **The fee** for service was: $ $20.00
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ a registered California process server:
       (i) ☐ owner ☐ employee ☑ independent contractor.
       (ii) Registration No.: 939
       (iii) County: RIVERSIDE

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 9/10/13

Victor Curiel          ▶ *Victor Curiel*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

Plaintiff: __Deon Thomas__

Declaration of Due Diligence to Effect Personal Service

Court: __United States District Court, Central Division of California__

Case: __EDCV1301586V AP(SPX)__

Party to Be Served: __Ronald G. Matheson__

Address of Attempted Service: __27919 Jefferson Ave #206 Temecula, C 92590__

I, __Victor Curiel__, declare that I made the following unsuccessful efforts to achieve personal service of the Summons and Complaint on the above named party.

1. __9/6 12:46pm NA__
2. __9/9 1:46pm NA__
3. __9/10 2:15pm Served__
4. _____

I declare under penalty of perjury of the laws of the state of California that the foregoing is true and correct and that this declaration is executed on __9/10/13__ at, __Hemet__, California.

_Victor Curiel_

WENHAWK AND ASSOCIATES
COURT SERVICES, INC.
P.O. BOX 1097
YUCAIPA, CA 92399
(909) 790-9281

Wenhawk
P.
Yucaipa, CA 92399



RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Filing Please

United States District Court
3470 12th St., Room 134
Riverside, Ca 92501