**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

Case No.  EDCV 13-01586-VAP (SPx)                    Date   December 16, 2013

Title   DEON THOMAS -*v*- AMERICAN CAPITAL ENTERPRISES., INC.; RONALD G. MATHESON, AS AN INDIVIDUAL

Present: The Honorable        VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NOT PRESENT | JEAN L. ZIMMER |

Proceedings:  SCHEDULING CONFERENCE

   The scheduling conference is called.  Pro se plaintiff is not present.

   The Court will issue an order to show cause, why the action should not be dismissed for failure to appear at the Court-ordered scheduling conference.



                                                              -     :    5

                                        Initials of Preparer        md