**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-01586-VAP (SPx)                              Date:  December 23, 2013

Title:     DEON THOMAS -v- AMERICAN CAPITAL ENTERPRISES., INC.;
           RONALD G. MATHESON, AS AN INDIVIDUAL
===============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:    MINUTE ORDER ORDERING PLAINTIFF DEON THOMAS
                TO SHOW CAUSE WHY PLAINTIFF'S CASE SHOULD NOT
                BE DISMISSED (IN CHAMBERS)

   On October 23, 2013, the Court issued an Order setting a Scheduling Conference in this matter for 1:30 p.m. on December 16, 2013.  (<u>See</u> Order (Doc No. 10).)  In violation of Local Rule 16-13, <u>pro se</u> Plaintiff Deon Thomas failed to attend the conference.  Accordingly, the Court ORDERS Plaintiff Deon Thomas to show cause, in writing, no later than January 6, 2013, why the Court should not dismiss Plaintiff's case for failure to appear.  Failure to file a timely written response will result in the dismissal of this case.

   **IT IS SO ORDERED.**