**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-01586-VAP (SPx)                    Date:  January 16, 2014

Title:        DEON THOMAS -v- AMERICAN CAPITAL ENTERPRISES., INC.;
              RONALD G. MATHESON, AS AN INDIVIDUAL
===============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

         Marva Dillard                                    None Present
         Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                         ATTORNEYS PRESENT FOR
PLAINTIFFS:                                   DEFENDANTS:

         None                                             None

PROCEEDINGS:      MINUTE ORDER VACATING ORDER TO SHOW CAUSE
                  AND RESETTING SCHEDULING CONFERENCE (IN
                  CHAMBERS)

     The Court has received and considered Plaintiff's Response to the Court's Order to Show Cause, entered on December 23, 2013.  The Court directs the Plaintiff to comply with all future court directives and VACATES the Order to Show Cause.

     The Court orders the parties to submit form ADR 1 and Exhibit A to the Standing Order no later than January 27, 2014.  The Court resets the Scheduling Conference for February 3, 2014 at 1:30 p.m.

     **IT IS SO ORDERED.**

MINUTES FORM 11                                  Initials of Deputy Clerk ___md____
CIVIL -- GEN                          Page 1