SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   EDCV 13-01586-VAP (SPx)          Date    February 3, 2014

Title   DEON THOMAS -v- AMERICAN CAPITAL ENTERPRISES., INC.; RONALD G. MATHESON, AS AN INDIVIDUAL

---

Present: The Honorable          VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | Sharon Seffens | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

DEON THOMAS, Pro Se                         JEANNE ZIMMER

Proceedings: **SCHEDULING CONFERENCE**

Settlement conference is not set in this action.

The Court recommends that the parties enter into a stipulation regarding the waiving of some of the Local Rule 16 requirements.

The trial schedule, motion and discovery cutoff dates will be set forth in a separate Civil Trial Scheduling Order to be filed and served on counsel by the clerk.

*cc: ADR PROGRAM*

                                                          -        :      5

                                        Initials of Preparer          md

---