JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON THOMAS, ) | Case No. EDCV 13-01586-VAP (SPx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| AMERICAN CAPITAL ENTERPRISES., INC.; RONALD G. MATHESON, AS AN INDIVIDUAL, ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 7, 2014

                                       VIRGINIA A. PHILLIPS
                                  United States District Judge